6:19-cv-00142-JFH-SPS   Document 63   Filed in ED/OK on 01/11/22   Page 1 of 1

AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN           DISTRICT OF           OKLAHOMA

## JUDGMENT IN A CIVIL CASE

PAUL ROPPOLO

V.

JAMES YATES, et al.          Case Number:   CIV-19-142-JFH-SPS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is hereby entered for Defendants and against Plaintiff.

1/11/2022                                         PATRICK KEANEY
Date                                              Clerk

                                                  s/ A Green
                                                  (By) Deputy Clerk